United States District Court

Rosalie DeRose
v.
Bangor City Bus
Driver Ken VanLear

04-12523

4-9-004

Referred to MJ MB Bowler

I am filing against Bangor City Bus, Driver Ken VanLear. March 30-2002 I had been in Shaws. MT Hope bus pulled in front of Shaws window. I asked the driver to move the bus so I could use the wheelchair lift, he would not move the bus. I had difficulty trying to get on the lift, so the driver went to push me on to the lift, the driver was screaming at me to hurry. I asked the driver to let the lady on the bus to help me, as that is what she always does, the driver said no, he would do it his way. He grabbed me by the left arm and began to punch me in the left arm and in the left breast. I went Hysterical. I demanded to get off the lift. The driver went smashing the wheelchair in the wall and smashing it into the lift. As he could not get the wheelchair off the lift that easy it was on top of the wall. I demanded the driver to let me go

over

2

The driver went into a rage he was that way from the begining, in a rage I called the Bangor Bus and talked to the supervisor Joseph McNeil and he sent a bus to take me to ST Joseph Hospital, Emergency. The Hospital saw the bus driver let me off I was in severe pain and bleeding enternally in the breast, was severly swollen in the breast. The doctor refered me to a specialist and gave me medican to take I was assaulted over and over that day by Ken Van Leer. Joseph McNeil came with this car with the bus driver ahead of him doueing the bus Joseph McNeil asked me if I wanted him to call Police I said no I wanted to go to hospital I was in a lot of paine. Rosalie DeRosa

P.O. Box 684
Westwood Mass
02090