UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSALIE DEROSA,

                Plaintiff,

        v.                      Civil Action No.  04-12523-MEL

BANGOR CITY BUS, ET AL.,

                Defendants

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒      GRANTED.

☒      The Clerk shall not issue summonses at this time pending further review of this case in accordance with the Memorandum and Order for the Plaintiff to show cause within thirty-five (35) days why this action should not be dismissed.

SO ORDERED.

December 22, 2004        /s/ Morris E. Lasker
DATE                   MORRIS E. LASKER
                         SENIOR, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSALIE DEROSA,

Plaintiff,

v.                          Civil Action No.  04-12523-MEL

BANGOR CITY BUS, ET AL.,

Defendants

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☒    The Clerk shall not issue summonses at this time pending further review of this case in accordance with the Memorandum and Order for the Plaintiff to show cause within thirty-five (35) days why this action should not be dismissed.

SO ORDERED.

December 22, 2004         /s/ Morris E. Lasker
DATE                      MORRIS E. LASKER
                          SENIOR, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSALIE DEROSA,

                    Plaintiff,


            v.                          Civil Action No.  04-12523-MEL


BANGOR CITY BUS, ET AL.,
                    Defendants

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒      GRANTED.


☒      The Clerk shall not issue summonses at this time pending further review of this case in accordance with the Memorandum and Order for the Plaintiff to show cause within thirty-five (35) days why this action should not be dismissed.


SO ORDERED.


December 22, 2004          /s/ Morris E. Lasker
DATE                       MORRIS E. LASKER
                           SENIOR, UNITED STATES DISTRICT JUDGE