```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

ROSALIE DEROSA,
              Plaintiff,

     v.                 Civil Action No.  04-12523-MEL

BANGOR CITY BUS, ET AL.,
              Defendants

## ORDER OF DISMISSAL

LASKER, Senior Judge

    In accordance with this Court's Memorandum and Order dated December 22, 2004, directing Plaintiff to show cause why this action should not be dismissed for the reasons stated therein, and for Plaintiff's failure to show cause as directed, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                        BY THE COURT,

                                        /s/ George Howarth
                                        Deputy Clerk

DATED: January 31, 2005