Date 4-3-0005

United States District Court
The District of Massachusetts

MEL case NOCV0412523

Rosalie DeRosa
Plaintiff

V

Bangor Bus.
Bangor Main

I am Motioning the court to continue this case because when I filed this case, I gave the whole file to the clerk. They only gave you the letter. In the file it shows good cause to continue this case. The clerk said they would find the whole file

Rosalie DeRosa
P.O. Box 684 Westwood
Mass 02090