```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

ROSALIE DEROSA,
        Plaintiff,

   v.                    Civil Action No. 04-12523-MEL

BANGOR CITY BUS, ET AL.,
        Defendants

**ORDER ON MOTION FOR RECONSIDERATION**

LASKER, S.J.

    On December 22, 2004, this Court entered a Memorandum and Order (#4) directing Plaintiff to show cause why this action should not be dismissed for the reasons stated therein.

    On January 31, 2005, this action was dismissed (#5) for the reasons set forth in the December 22, 2004 Memorandum and Order, and for failure of the Plaintiff to show cause why this action should not be dismissed.

    On April 6, 2005 Plaintiff filed a letter seeking Reconsideration of the dismissal of this action. Plaintiff's request for reconsideration is Denied. Plaintiff has failed to set forth any factual or legal basis for reconsideration, and has still failed to demonstrate good cause why the case should not be dismissed. To the extent that Plaintiff asserts that her medical records will somehow shed light on her cause of action, this assertion is without merit. Regardless of the alleged personal injuries sustained, as noted in this Court's prior Memorandum and Order, as it stands, the complaint itself is fatally defective in

that she fails to comply with Federal Rules of Civil Procedure Rule 8(a), preventing any meaningful response from the named defendants. More importantly, however, she fails to establish any grounds which would provide this Court with subject matter jurisdiction over her claims against the named defendants.

ACCORDINGLY, for the reasons set forth above, plaintiff's motion for reconsideration of the dismissal of this action is Denied.

SO ORDERED.

Dated at Boston, Massachusetts, this 7th day of April, 2005.

_____
MORRIS E. LASKER
SENIOR, UNITED STATES DISTRICT JUDGE